**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  | FILED: JUNE 16, 2008 |
|  | 08CV3444 |
|  | JUDGE NORDBERG |
|  | MAGISTRATE JUDGE COLE |
|  | YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES    NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL      APPOINTED COUNSEL | |