AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 3444**

SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund; and Howard McDougall, Trustee,
(Plaintiffs),

V.

Plymouth Concrete, Inc., a Michigan
corporation, (Defendant).

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORDBERG**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Plymouth Concrete, Inc.
c/o Pier M. Bernardi, Registered Agent
600 Junction
Plymouth, Michigan 48170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward H. Bogle, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montana*
**(By) DEPUTY CLERK**

**June 16, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 6-19-08 @ 4:10 pm |
| NAME OF SERVER (PRINT)  PATRICIA CARTER | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 8118 Hammel, Brighton, MI 48116

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-19-08
Date

Signature of Server: *Patricia Carter*

Address of Server: 17605 E. 9 mile Eastpointe MI 48021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.