IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>PLYMOUTH CONCRETE, INC., a Michigan corporation,<br><br>Defendant. | 08 CV 3444<br><br>Judge Nordberg |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, dismiss the above-captioned lawsuit against Defendant Plymouth concrete, Inc., a Michigan corporation, without prejudice.  In support of the dismissal, Plaintiffs state as follows:

1. On June 16, 2008, Plaintiffs filed a complaint against Defendant under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. §1001 *et seq*.  The Complaint seeks to collect withdrawal liability payments as well as interest, liquidated damages, attorneys' fees, and costs.

2. On June 19, 2008, Defendant was personally served with a copy of the Summons and Complaint through its registered agent.  To date, Defendant has not filed an answer or responsive pleading to the Complaint, and no motions are pending.

3. On or about June 24, 2008, Defendant filed for Chapter 7 bankruptcy protection in the Eastern District of Michigan.  The case is currently pending as *In re.*

F: 267114 / 08411213

-1-

*Plymouth Concrete, Inc.*, case no. 08-55226.  Plaintiffs received a Notice of Chapter 7 Bankruptcy Case on July 2, 2008.  A copy of the Notice is attached hereto as Exhibit A.

    4.    Because Defendant has filed a Chapter 7 bankruptcy action, the case at bar is subject to the automatic stay provisions of 11 U.S.C. §362.  Therefore, Plaintiffs dismiss this action without prejudice, and by notice, as provided by Fed. R. Civ. P. 41(a)(1)(i).  Plaintiffs reserve all rights to reinstate this action should the obligation alleged not be discharged or otherwise settled through Defendant's Chapter 7 proceeding, or in the event that the Chapter 7 proceeding is dismissed.

WHEREFORE, Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, dismiss the above-captioned lawsuit against Defendant Plymouth concrete, Inc., a Michigan corporation, without prejudice.

Respectfully submitted,

*Edward H. Bogle*

Edward H. Bogle  (ARDC No. 6277152)
Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
ebogle@centralstatesfunds.org

July 7, 2008

<u>CERTIFICATE OF SERVICE</u>

I, Edward H. Bogle, one of the attorneys for Plaintiffs, certify that on July 7, 2008, I caused the foregoing Plaintiffs' Notice of Voluntary Dismissal to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing said document to:

> Plymouth Concrete, Inc.
> c/o Pier M. Bernardi
> 600 Junction
> Plymouth, Michigan 48170

Said document was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 7th day of July, 2008.

*Edward H. Bogle*
_____
Edward H. Bogle
Attorney for Plaintiffs

F: 267114 / 08411213

# EXHIBIT A

**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **08−55226−swr**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/24/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Plymouth Concrete Inc.
8065 Locklin
Commerce Township, MI 48382

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| **08−55226−swr** | 38−2491044 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John C. Lange<br>Gold, Lange & Majoros, PC<br>24901 Northwestern Hwy.<br>Suite 444<br>Southfield, MI 48075<br>Telephone number: (248) 350−8220 | George P. Dakmak<br>615 Griswold, Suite 600<br>Detroit, MI 48226<br>Telephone number: 313−964−0800 |

## Meeting of Creditors

Date: **July 31, 2008**      Time: **11:30 AM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313−234−0065 | Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 6/25/08 |

| | **EXPLANATIONS** | B9B (Official Form 9B) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**